

NEW YORK OFFICE
100 wall street
twentieth floor
new york, new york 10005-3708
TEL 212 431 8700 FAX 212 334 1278

OTHER OFFICES
seattle, washington
portland, oregon
washington, d.c.
beijing, china
GSBLAW.COM

GARVEY SCHUBERT BARER

A PROFESSIONAL SERVICE CORPORATION

*Please reply to* JEANNE C. BARENHOLTZ
jbarenholtz@gsblaw.com
TEL EXT 4513

November 14, 2018

**VIA ECF**

Hon. Steven I. Locke
United States Magistrate Judge
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Nautilus, Inc. v. Sport Measurement Group, LLC et al.*,
               Case No. 2:17-CV-01525 (JS) (SIL)

Dear Magistrate Judge Locke:

    This firm represents Nautilus, Inc. in the above matter. With the defendants' consent, we write to request that the deadline to complete depositions in this case be moved from November 30, 2018 to December 14, 2018. The parties have agreed to this extension to accommodate the schedules of third-party witnesses. This is the first request to extend the deposition deadline set forth in the September 27, 2018 so-ordered stipulation resolving discovery issues (ECF No. 43).

                                   Respectfully yours,

                                     GARVEY SCHUBERT BARER, P.C.

                                   By: _____
                                            Jeanne C. Barenholtz

cc:    Keith Richman, Esq. (via ECF)
       Ira Seligman, Esq. (via ECF)

GSB:9786575.1